L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name  Frank Ortiz   Case No. 18-16597

Address  711 Wyandotte St   Chapter of Case _____

Telephone Number (cell) 484 347-1503  Date Case Filed  10-2-18

Telephone Number (work) _____

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   NHA - National Home Advocates
   Ron - 458-207 1628
   Home Retention Department

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   _____

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
   
   (YES)   NO   (circle one)

4. Were various chapters or types of bankruptcy explained to you?

   YES   NO   (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

   YES   NO   (circle one)

FILED 2018 OCT -9 AM 11:21 U.S. BANKRUPTCY COURT

6. Did the preparer give you a copy of the papers he prepared for you?

(YES)    NO    (circle one)

Date: 10-9-18    _____